John R. Keough, III (JK 6013)
John R. Foster (JF 3635)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for the Plaintiffs
111 Broadway, Suite 401
New York, New York 10006
Telephone: (212) 227-3550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIDGE OIL LTD. and
A/S DAN-BUNKERING LTD.,

                Plaintiffs,

      -against-

ALANI SHIPPING CO. (UK) LTD., ALANI SHIPPING CO. LTD., and F. G. HAWKES (WESTERN) LTD.,

                Defendants.
------------------------------------------------------------X

**ECF CASE**

08 Civ. 7160 (LAP)(GWG)

**RULE 7.1 STATMENT**

      Pursuant to F.R.Civ.P. 7.1, the Plaintiffs, Bridge Oil Ltd. and A/S Dan-Bunkering Ltd., identify the following as a publicly-held parent corporation or a publicly-held corporation owning 10% or more of Plaintiffs' stock:

                              NONE.

Dated:  New York, New York
          August 11, 2008

                              **WAESCHE, SHEINBAUM & O'REGAN, P.C.**
                              Attorneys for the Plaintiffs

                              By:         S/
                                John R. Keough, III (JK 6013)
                                111 Broadway, 4th Floor
                                New York, New York 10006
                                (212) 227-3550