John R. Keough, III (JK 6013)
John R. Foster (JF 3635)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for the Plaintiffs
111 Broadway, Suite 401
New York, New York 10006
Telephone: (212) 227-3550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRIDGE OIL LTD. and
A/S DAN-BUNKERING LTD.,

      Plaintiffs,

   -against-

ALANI SHIPPING CO. (UK) LTD., ALANI SHIPPING CO. LTD., and F. G. HAWKES (WESTERN) LTD.,

      Defendants.
-----------------------------------------------------------X

**ECF CASE**

08 Civ. 7160 (LAP)(GWG)

**RULE 7.1 STATMENT**

  Pursuant to F.R.Civ.P. 7.1, the Plaintiffs, Bridge Oil Ltd. and A/S Dan-Bunkering Ltd., identify the following as a publicly-held parent corporation or a publicly-held corporation owning 10% or more of Plaintiffs' stock:

        NONE.

Dated: New York, New York
   August 11, 2008

         **WAESCHE, SHEINBAUM & O'REGAN, P.C.**
         Attorneys for the Plaintiffs

         By: _____S/_____
          John R. Keough, III (JK 6013)
          111 Broadway, 4th Floor
          New York, New York 10006
          (212) 227-3550